UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHAMIM MANAGEMENT, LLC,<br>    Plaintiff,<br><br>v.<br><br>GREAT LAKES REINSURANCE (U.K.)<br>SE<br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 5:17-cv-01189-DAE<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Came on to be considered this day the *Joint Stipulation of Dismissal with Prejudice* filed in this cause by Plaintiff Shamim Management, LLC and Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (UK) SE). After considering said stipulation of dismissal and the agreement of the parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (UK) SE) are hereby dismissed with prejudice. Costs are taxed against the party incurring same.

SIGNED on March 6, 2018.

_____
UNITED STATES DISTRICT JUDGE